GUMPEL et al., Appellants, v. BUSSONG et al., Respondents. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Julius Gumpel and others against

Francis Bussong, Jr., and others. I. Skutch, of New York City, for appellants. A. J. Griffin, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.